*E-Filed 9/8/10*

MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0501 RS |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 7, 2010 TO OCTOBER 5, 2010 |
| HUBERT COLEMAN, | ) | |
|     Defendant. | ) | |

     The parties appeared before the Honorable Richard Seeborg on September 7, 2010 for a status conference before the district court.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 7, 2010 October 5, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review the discovery in this case with the defendant and to investigate possible defenses.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from September 7, 2010 October 5, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.

ORDER EXCLUDING TIME
CR 10-0501 RS

1 § 3161(h)(7)(A).

2     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
3 from September 7, 2010 October 5, 2010, be excluded from Speedy Trial Act calculations under
4 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

6     IT IS SO STIPULATED.

8 DATED: September 7, 2010       /s/
    JODI LINKER
9     Counsel for Hubert Coleman

11 DATED: September 7, 2010       /s/
    BRIAN C. LEWIS
12     Assistant United States Attorney

14     IT IS SO ORDERED.

17 DATED: 9/8/10

    RICHARD SEEBORG
18     United States District Judge

ORDER EXCLUDING TIME
CR 10-0501 RS     -2-